**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

REGINALD UNDERWOOD,

    Plaintiff,

v.                                                      Case No. 09-10448

CORRECTIONAL MEDICAL SERVICES, INC.,
et al.,

    Defendants.
                                                /

**ORDER DIRECTING PLAINTIFF TO FILE PRISON LEGAL MAIL LOG OR TO SHOW CAUSE WHY LOG CANNOT BE FILED**

       The court adopted the Magistrate Judge's report and recommendation in full in a February 18, 2011, order in the absence of any objections. Judgment was entered in favor of Defendants and against Plaintiff the same day. Plaintiff has written a letter to the court, which the court has construed and docketed as a motion for reconsideration, in which he states: "Plaintiff never received a copy of Magistrate Judge Report and Recommendation and ask the court to check its records to verify if Plaintiff was ever mailed a copy, and if so, please provide Plaintiff with proof of such, in order for him to pursue this matter with the Michigan Department of Corrections."

       The final page of the Magistrate Judge's report and recommendation explicitly indicates that a copy of the report was mailed to Plaintiff at the address listed on the docket: Reginald Underwood #559281, Ryan Correctional Facility, 17600 Ryan Road, Detroit, MI 48212. This is also the address to which the court mailed the order and judgment. Therefore, the court will order Plaintiff to file the legal mail log kept by the

prison to prove the report and recommendation was not received, or to show cause why the log cannot be filed. Accordingly,

    IT IS ORDERED that Plaintiff is DIRECTED to file the prison's legal mail log, or a response showing cause why the log cannot be filed, by placing it in the prison mail no later than **April 18, 2011**. The Clerk of the Court is DIRECTED to mail Plaintiff a copy of the Magistrate Judge's "Report and Recommendation" [Dkt. # 58] along with this order.

                                            s/Robert H. Cleland  
                                            ROBERT H. CLELAND  
                                            UNITED STATES DISTRICT JUDGE

Dated: March 23, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel and pro se parties of record on this date, March 23, 2011, by electronic and/or ordinary mail.

                                            s/Lisa G. Wagner  
                                            Case Manager and Deputy Clerk  
                                            (313) 234-5522