**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

REGINALD UNDERWOOD,

    Plaintiff,

v.                                                             Case No. 09-10448

CORRECTIONAL MEDICAL SERVICES, INC.,
et al.,

    Defendants.
                                                        /

**ORDER DENYING MOTION FOR RECONSIDERATION**

On March 14, 2011, Plaintiff filed a letter, which has been construed as a motion for reconsideration, in which he objects to the adoption of the Magistrate Judge's "Report and Recommendation" because he claims he never received the report and therefore was not given an opportunity to object. On March 23, 2011, the court directed Plaintiff to file his prison legal mail log with the court or show cause why the log could not be filed by placing a response in the prison mail by April 18, 2011. The court has not received a response to that order. Accordingly,

IT IS ORDERED that Plaintiff's motion for reconsideration [Dkt. # 61] is DENIED.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: May 5, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 5, 2011, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522
